IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON and
FRANCES M. SCOTT,

      Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
CHASE HOME FINANCE LLC,
FANNIE MAE,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), and
JOHN DOES (INVESTORS) 1 - 15,000,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2011.**

      Defendants Fannie Mae, Mortgage Electronic Registration Systems, Inc., and JPMorgan Chase Bank, National Association, as successor by merger to Chase Home Finance LLC's Unopposed Motion to Vacate July 6, 2011 Scheduling Conference and Reschedule Pretrial Deadlines [filed June 28, 2011; docket #21] is **granted** as follows. The Scheduling Conference set for **July 6, 2011**, at **9:30 a.m.** is hereby converted to a **Status Conference**. The conference will be held in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.