IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON and
FRANCES M. SCOTT,

      Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
CHASE HOME FINANCE LLC,
FANNIE MAE,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), and
JOHN DOES (INVESTORS) 1 - 15,000,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2011.**

      Plaintiffs' Unopposed Motion to Attend Scheduling Conference by Phone [filed August 8, 2011; docket #32] is **granted**. Plaintiff Galen Amerson may appear telephonically at the Scheduling Conference on August 12, 2011, at 9:30 a.m. by calling Chambers at (303) 844-4507 at the designated time. Plaintiff Frances Scott shall appear in person.

      Plaintiffs' "Affidavit and Motion to Postpone Scheduling Conference, Due to Failure of Defendants to Establish Jurisdiction and Standing" [filed August 8, 2011; docket #33] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court notes that Plaintiffs bear the burden of establishing jurisdiction and standing. *Utah Animal Rights Coal. v. Salt Lake Cnty.*, 566 F.3d 1236, 1240 (10th Cir. 2009) ("The party invoking federal jurisdiction - here, the plaintiffs - bears the burden to demonstrate standing." (citation omitted)).