IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON and
FRANCES M. SCOTT,

      Plaintiffs,

v.

AMERICAN MORTGAGE NETWORK, INC.,
CHASE HOME FINANCE LLC,
FANNIE MAE,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), and
JOHN DOES (INVESTORS) 1 - 15,000,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2011.**

      Before the Court is Plaintiffs' "Notice of Petition and Petition for Pre-Litigation Discovery" [filed August 12, 2011; docket #38]. The Court construes the document as Plaintiffs' request for production of discovery. The Plaintiffs need not seek relief from the Court, but rather may seek discovery directly from the Defendants in accordance with Fed. R. Civ. P. 33, 34 and 36. Therefore, the Plaintiffs' request is **denied**. Furthermore, the Plaintiffs shall not file discovery requests with the Court unless permitted under Fed. R. Civ. P. 5(d).