IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON, and
FRANCES M. SCOTT,

     Plaintiffs,

v.

CHASE HOME FINANCE LLC,
FANNIE MAE, and
CASTLE MEINHOLD & STAWIARSKI, LLC,

     Defendants.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

     Before the Court are two motions to dismiss; one filed by Defendants Chase Home Finance LLC and Fannie Mae (self-described "Bank Defendants") [docket #53], and one filed by Defendant Castle Meinhold & Stawiarski, LLC [docket #56]. On November 8, 2011, Plaintiffs filed "Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss" [docket #66], but did not specify the motion or the Defendant to which they were responding. In this case, there are three Defendants and two motions to dismiss. It is unclear from Plaintiffs' response whether Plaintiffs are referring to one or all of the named Defendants, or to one or both of the pending motions. Thus, Plaintiffs are hereby ORDERED to submit supplemental briefing **on or before November 15, 2011** specifying 1) the Defendants to which they refer; and 2) whether their response pertains to one or both of the motions to dismiss.

Dated and entered at Denver, Colorado, this 10th day of November, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2