IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON, and
FRANCES M. SCOTT,

    Plaintiffs,

v.

CHASE HOME FINANCE LLC,
FANNIE MAE, and
CASTLE MEINHOLD & STAWIARSKI, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2011.**

    Before the Court is Plaintiff's (sic) Memorandum in Support of Motion for Rule 11 Sanctions [filed December 27, 2011; docket #74]. Pursuant to Fed. R. Civ. P. 11(c)(2), a motion for sanctions must not be filed or presented to the court until the opposing party has been served with the motion and has been given 21 days in which to correct the alleged error. Plaintiffs do not represent that they effected *any* service on Defendants, much less that they served Defendants 21 days prior to filing the present motion. In light of Plaintiffs' failure to comply with D.C. Colo. LCivR 5.1G and Fed. R. Civ. P. 11(c)(2), Plaintiffs' motion is **denied**.