IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01041-WJM-MEH

GALEN AMERSON, and
FRANCES M. SCOTT,

    Plaintiffs,

v.

CHASE HOME FINANCE LLC,
FANNIE MAE, and
CASTLE MEINHOLD & STAWIARSKI, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2012.**

    Before the Court is Plaintiff's (sic) Memorandum in Support of Motion for Rule 11 Sanctions [filed January 23, 2011; docket #82]. To date, Plaintiffs have filed three motions for sanctions, all of which the Court has denied. Plaintiffs' first motion for sanctions was denied without prejudice for failure to confer under D.C. Colo. LCivR 7.1A [docket #29], and Plaintiffs' second motion was denied on the merits for failure to comply with D.C. Colo. LCivR 5.1G and Fed. R. Civ. P. 11(c)(2) [docket #79]. The instant motion contains all three deficiencies; namely, Plaintiffs failed to confer under D.C. Colo. LCivR 7.1A, failed to certify service on all Defendants, and failed to provide Defendants with the 21-day safe harbor provision required by Fed. R. Civ. P. 11(c)(2). Accordingly, Plaintiffs' motion is **stricken**. Plaintiffs are admonished that their continued disregard for the federal and local rules may result in sanctions against them.